

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JUDY LYNN MITCHUM,                    §
                                      §
              Plaintiff,              §
                                      §
VS.                                   §   NO. 4:11-CV-620-A
                                      §
MICHAEL J. ASTRUE,                    §
COMMISSIONER OF SOCIAL                §
SECURITY,                             §
                                      §
              Defendant.              §

## ORDER

Came on for consideration the above-captioned action wherein
Judy Lynn Mitchum is plaintiff and Michael J. Astrue,
Commissioner of Social Security, is defendant.  This is an action
for judicial review of a final decision of the Commissioner
denying plaintiff's claim for a period of disability and
disability insurance benefits under 42 U.S.C. §§ 416(i) and 423,
respectively, and for supplemental security income benefits under
42 U.S.C. §§ 1382 and 1382c.  On July 18, 2012, the United States
Magistrate Judge issued his proposed findings and conclusions and
his recommendation, and granted the parties until August 1, 2012,
in which to file and serve objections.  On August 3, 2012,
plaintiff filed objections, and the Commissioner did not file any
response. After studying the filings of the parties, the
magistrate judge's proposed findings and conclusions, and the

applicable legal authorities, the court has decided to adopt the Magistrate Judge's proposed findings and conclusions and accept his recommendation.

Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to a period of disability or disability insurance benefits under 42 U.S.C. §§ 416(i) and 423, respectively, and that plaintiff was not entitled to supplemental security income benefits under 42 U.S.C. §§ 1382 and 1382c, be, and is hereby, affirmed.

SIGNED August 10, 2012.

JOHN McBRYDE
United States District Judge