IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 10 2012

CLERK, U.S. DISTRICT COURT
By_____
         Deputy

| | |
|---|---|
| JUDY LYNN MITCHUM, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:11-CV-620-A |
| | § |
| MICHAEL J. ASTRUE, | § |
| COMMISSIONER OF SOCIAL | § |
| SECURITY, | § |
| | § |
| Defendant. | § |

ORDER

Came on for consideration the above-captioned action wherein Judy Lynn Mitchum is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under 42 U.S.C. §§ 416(i) and 423, respectively, and for supplemental security income benefits under 42 U.S.C. §§ 1382 and 1382c. On July 18, 2012, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until August 1, 2012, in which to file and serve objections. On August 3, 2012, plaintiff filed objections, and the Commissioner did not file any response. After studying the filings of the parties, the magistrate judge's proposed findings and conclusions, and the

applicable legal authorities, the court has decided to adopt the Magistrate Judge's proposed findings and conclusions and accept his recommendation.

Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to a period of disability or disability insurance benefits under 42 U.S.C. §§ 416(i) and 423, respectively, and that plaintiff was not entitled to supplemental security income benefits under 42 U.S.C. §§ 1382 and 1382c, be, and is hereby, affirmed.

SIGNED August 10, 2012.

_____
JOHN McBRYDE
United States District Judge

2